Dismissed and Opinion filed November 27, 2002









Dismissed and Opinion filed November 27, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-01-00711-CV

____________

 

PAUL R. GARZA, Appellant

 

V.

 

NABORS DRILLING USA, INC., Appellee

 



 

On Appeal from the 278th District Court

Grimes County, Texas

Trial Court Cause No. 28,239-A

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed December 19,
2000, which was made final by an order of severance signed April 12, 2001.  On November 21, 2002,the
parties filed an agreed motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM








Judgment rendered and Opinion
filed November 27, 2002.

Panel consists of Justices Yates,
Anderson, and Frost.

Do Not Publish C Tex. R. App. P. 47.3(b).